**E-FILED**
Monday, 09 January, 2006 12:34:29 PM
Clerk, U.S. District Court, ILCD



**Illinois**
Department of
**Corrections**

**Rod R. Blagojevich**
Governor

**Roger E. Walker Jr.**
Director

Menard Correctional Center / 711 Kaskaskia St. / Menard, IL 62259-9998 / Telephone: (618) 826-5071 / TDD: (800) 526-0844

January 5, 2006

FILED

JAN - 9 2006

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Clerk of the Court
United States District Court
Peoria Division
100 NE Monroe St.
Suite 309
Peoria, IL   61602

Re:  McAtee, Ronnie B36520
Case:  99-1403, A:99-1403 & A:99-CV01172

Gentlemen:

Please be advised that on 1-3-06 Ronnie McAtee was released from custody.

Our records indicate that he still had a balance due on the above mentioned court case. On case 99-1403  he still owes the court $150.00. On case #A:99-1403 he still owes the court $105.00 and on A:99-CV-01172 he owes $105.00.

If I can be of further assistance, please do not hesitate to contact me.

Sincerely,

Anita Bievenue
Trust Office